UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80531-MIDDLEBROOKS/BRANNON

JANET HOYT,

    Plaintiff,

vs.

PRESIDENTE SUPERMARKET
NO. 39, INC.,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, PRESIDENTE SUPERMARKET NO. 39, INC. ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

                          BY:   /s/ Jason S. Weiss
                                Jason S. Weiss
                                Jason@jswlawyer.com
                                Florida Bar No. 356890
                                **WEISS LAW GROUP, P.A.**
                                5531 N. University Drive, Suite 103
                                Coral Springs, FL 33067
                                Tel: (954) 573-2800
                                Fax: (954) 573-2798
                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890